UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| ROBIN GARDNER,<br>individually and on behalf of all<br>other similarly situated individuals,<br><br>    Plaintiff,<br><br>v.<br><br>LANCER FOOD HOLDINGS, LLC<br>(d/b/a LANCER HOSPITALITY, INC.),<br>and LANCER MANAGEMENT<br>SERVICES, INC.,<br><br>    Defendants. | Case No. 0:20-CV-00493 (KMM) |

---

**PLAINTIFF'S UNOPPOSED MOTION FOR CONDITIONAL AND CLASS CERTIFICATION AND FOR PRELIMINARY APPROVAL OF SETTLEMENT**

---

Plaintiff Robin Gardner, on behalf of herself, the opt-in Plaintiffs, the putative opt-in Plaintiffs, and the putative Rule 23 Class, moves the Court to grant Plaintiff's Unopposed Motion for Conditional and Class Certification and for Preliminary Approval of Settlement. The grounds for this motion are set forth in the supporting memorandum and exhibits filed with it.

Dated: September 9, 2020

**NICHOLS KASTER, PLLP**

*s/ Michele R. Fisher*
Michele R. Fisher, MN Bar No. 303069
Kayla M. Kienzle, MN Bar No. 0399975
4600 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870
fisher@nka.com
kkienzle@nka.com

**ATTORNEYS FOR PLAINTIFF,
THE PUTATIVE FLSA COLLECTIVE,
AND THE PUTATIVE MINNESOTA
RULE 23 CLASS**