# UNITED STATES DISTRICT COURT
## District of Minnesota

Robin Gardner
individually and on behalf of all other
similarly situated individuals

               Plaintiff,

v.

Lancer Food Holdings, LLC
doing business as Lancer Hospitality, Inc.,
Lancer Management Services, Inc.

               Defendant(s)

**JUDGMENT IN A CIVIL CASE**

Case Number: 20-cv-00493-KMM

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. That the Eligible Settlement Class Members who timely cashed their settlement checks, identified in Exhibit A to the Stipulation, are dismissed from this case *with prejudice*.

   That the Eligible Settlement Class Members who did not timely cash their settlement checks, identified in Exhibit B to the Stipulation, are dismissed from this case *without prejudice*.

Date: 6/2/2021

KATE M. FOGARTY, CLERK